

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MARGARET M. ROBERTIE**
CLERK OF COURT

TEL: 618.482.9371
FAX: 618.482.9383

OFFICE OF THE CLERK
750 MISSOURI AVENUE
EAST ST. LOUIS, ILLINOIS 62201

December 11, 2020

Steven D. Weinhoeft, Jr.
United States Attorney
#9 Executive Drive, Suite 300
Fairview Heights, IL 62208

Re:         Parmeley v. Williams
Case No.    20-543-DWD

Dear Mr. Weinhoeft:

We have enclosed a Petition for Writ of Habeas Corpus and a copy of the Order directing your office to respond within 30 days.

Please acknowledge receipt by e-filing the enclosed copy of this letter under service of process, using the event "Return of Service on Habeas Corpus."

Very truly yours,

s/ Tanya Kelley
Deputy Clerk

Date Received ___12/11/2020___

By: _____

PS-11
Rev. 4/12