IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON PARMELEY,               )
                                       )
         Petitioner,          )
                                       )
vs.                             )         Case No. 20-cv-543-DWD
                                       )
WARDEN WILLIAMS,          )
                                       )
         Respondent.      )

## DECLARATION OF JOSEPH WILSON

In accordance with the provisions of 28 U.S.C. § 1746, I, Joseph Wilson, make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.      I am employed by the Federal Bureau of Prisons as Disciplinary Hearing Administrator. All records attached to this declaration are true and accurate copies of BOP records kept in the regular course of business.[1]

2.      As Disciplinary Hearing Administrator, I provide oversight and have direct authority for the inmate discipline program, including training and supervising Discipline hearing Officers (DHO's). DHO's are responsible for conducting hearings regarding acts of misconduct by inmates. In doing so, they review incident reports and written statements; decide which witnesses need to be called; take and record testimony relevant to the charges; obtain, review, and weigh evidence; and determine whether or not the allegations of misconduct are supported by the evidence submitted. They impose disciplinary sanctions in accordance with BOP policy.

---

[1] Sensitive and/or personal information has been redacted.

3.      Michael Puckett served as DHO for the disciplinary hearing held on February 5, 2020, for inmate Jason Parmeley, reg. no. 13231-045.  Mr. Puckett has since retired, but I have access to the documents relevant to the disciplinary hearing.  Attachment 1 is the DHO "packet" containing documents relevant to the disciplinary hearing.

4.      Incident Report number 3349059 was written on January 5, 2020, charging Parmeley with violation of Prohibited Act Codes 113 (Possession of any narcotics, marijuana, drugs, alcohol, intoxicants, or related paraphernalia, not prescribed for the individual by the medical staff).  Attachment 1 at 2. The Incident Report states that on January 5, 2020, Officer May conducted a random search of the cell in which Parmeley and one other inmate were housed.  Officer May found a small square piece of paper, which was sent to the Lieutenants' office for testing.  The paper tested positive for opium alkaloids, and Buprenorphine HCL. Id.

5.      The incident report was delivered to Parmeley on January 6, 2020. It was investigated, and referred to the Unit Disciplinary Committee (UDC).  Id. On January 8, 2020, the UDC referred the charges to the DHO for further hearing.  Id. at 2,3.

6.      On January 8, 2020, Parmeley was provided a "Notice of Hearing before the DHO", and a copy of "Inmate Rights at Discipline Hearing." Id. at 4, 5. Parmeley did not request a staff representative but requested inmate Jacob Burns, reg. no. 22688-026, as a witness. Id. at 5. Burns provided a statement saying the contraband was his and that Parmeley did not know anything about it. Id at 6.

7.      The DHO hearing was held on February 5, 2020.  At the hearing, Parmeley waived his right to a staff representative. Id at 22. The witness statement of inmate Burns was read and considered. Id.

8.      Parmeley denied the charges and stated "It was not mine." Id.

9.      Ultimately, the DHO determined that the greater weight of the evidence supported

a finding that Parmeley committed the prohibited act. The specific evidence relied upon is

documented in Attachment 1 at 22-23.  The DHO sanctioned Parmeley with 41 Days

Disallowance of Good Conduct Time, 90 Days Commissary Restriction, 90 Days Telephone

Restriction, 90 Days Visiting Restriction.  Id. at 24.

10.     The DHO report was finalized on April 3, 2020.  However, it was not issued to

the inmate until July 16, 2020. Id. at 24.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

_____ day of January, 2021.


_____

Joseph Wilson
U.S. Department of Justice
Federal Bureau of Prisons

3