| INSTITUTION: | FSB-Greenville | | | | QTR: A03-241 |
|---|---|---|---|---|---|
| INCIDENT DATE: | 1-5-2020 | | | Offense Code: 1513 | |
| DATE DELIVERED: | 1-6-2020 | | | | UNIT: H1 |
| JDC DATE: | 1-8-2020 | | | COMP: 030 | LAW: P |
| WARDENS MEMO: | | | | | NVGCT: 175 |

| NAME: Parmeley, Jason | REG #: 13231-045 | IR # 3349059 |
|---|---|---|
| COMPANIONS: Burns, Jacob | | |

| | | |
|---|---|---|
| INCIDENT REPORT | X | |
| RIGHTS | X | |
| STAFF REP | N/A | |
| WITNESS | Burns 22688-026 | |
| SILENCE | | |
| COMPETENCY/RESPONSIBILITY MEMO | | |
| DOCUMENTARY EVIDENCE | | |

| INMATE: | ADMITS | DENIES | NEITHER | NO COMMENT | WAIVED /FORM ( ) |
|---|---|---|---|---|---|

## POSSIBLE SANCTIONS:

| DIS GCT: | FFNVGCT: | DS: | Susp: | COMM: | PHONE: |
|---|---|---|---|---|---|
| EMAIL: | VISITS: | | RES VISITS: | MON REST: | MATTRESS: |

**INMATE STATEMENT:**

**STAFF REP STATEMENT:**

**WITNESS STATEMENT:**

**ISSUES:**

- BP-A0288
JAN 17

**INCIDENT REPORT**

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

| Part I - Incident Report | | |
|---|---|---|

| 1. Institution: FCI Greenville | | Incident Report Number: 3349059 | |
|---|---|---|---|

| 2. Inmate's Name: PARMELEY, Jason | 3. Register Number: 13231-045 | 4. Date of Incident: 1/5/2020 | 5. Time: 6:10 PM |
|---|---|---|---|

| 6. Place of Incident: Cell A03-241 | 7. Assignment: UNASSG | 8. Unit: H1-A |
|---|---|---|

| 9. Incident: Possession of any Narcotics | 10. Prohibited Act Code(s) 113 |
|---|---|

11. Description of Incident (Date: 1/5/2020 Time: 6:10 PM Staff became aware of incident

On 1/5/2020, at approximately 6:10 PM, I, Officer W. May conducted a random cell search of cell 241 which houses inmates Burns, Jacob #22688-026 and Parmeley, Jason #18231-045. While conducting the search I came across a homemade candle on top of the shelf above the sink. I lifted the candle and found a yellowish small square piece of paper with marking around the edges.

The yellowish small square was sent to the Lieutenants office for testing. The square was tested with the NIK test kit A, resulting in a positive test for opium alkaloids (purple color). Then proceeded to NIK test kit U, resulting in a negative test for methamphetamine, (burgundy color). Then concluded with NIK test kit K, resulting in a positive test for Buprenorphine HCl (purple color). A photograph of the unidentified small square paper substance is attached to the incident report. Operation Lieutenant and SIS was notified.

| 12. Typed Name/Signature of Reporting Employee: W. May / | 13. Date And Time: 1/5/2020  8:38 PM |
|---|---|

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): W Phillips/W phillips | 15. Date Incident Report Delivered: 1-6-20 | 16. Time Incident Report Delivered: 8:39 Pm |
|---|---|---|

| Part II - Committee Action | | |
|---|---|---|

17. Comments of Inmate to Committee Regarding Above Incident:
- It was not mine.

| 18. A. It is the finding of the committee that you: | B. ✓ | The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|---|
| _____ Committed the Prohibited Act as charged. _____ Did not Commit a Prohibited Act. _____ Committed Prohibited Act Code(s). _____ | C. _____ | The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows: Based on reporting officer's statement, the UDC is referring the charges to the DHO for greater sanctions.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act): If found guilty, UDC recommends loss of GCT & 180 days loss of phone, e-mail, visits & commissary.

21. Date and Time of Action  1/8/20  946 AM  (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

J.Wiegman / JW

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation
WD      Prescribed by P5270      Replaces BP-A0288 of AUG 11

| **Part III – In0vestigation** | 22. Date And Time Investigation Began<br>01-06-2020 / 8:39 PM |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process.  Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By  W. Phillips        At (Date/time) 01-06-2020 / 7:45 PM

24. Inmate statement and attitude: The inmate Parmeley, Jason Reg. No. 13231-045 was read his rights and given a copy of this report and chose to make a statement: "It is not mine."


Displayed a fair attitude.

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

See attached: photos and staff memo
Burns, Jacob Reg. NO. 22688-026 refused to leave a comment but did claim ownership of the narcotic.

26. Investigator's comments and conclusions
Based on the information in section #11 I find this report warranted for this inmate.

During the investigation Inmate Parmeley, Jason Reg. No. 13231-045 denied the incident report.

Therefore, it is my recommendation that Parmeley is not guilty of code 113: Possession of

narcotics.

27. Action taken
Pending UDC and DHO hearing.

Date and Time Investigation Completed   01-06-2020 / 8:46 PM

Printed Name/Signature Of Investigator:   W. Phillips, Lieutenant        Title Lt.

BP-A0293      **Inmate Rights at Discipline Hearing**   CDFRM
AUG 11

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

Institution:

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

     1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

     2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

     3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

     4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

     5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

     6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

     7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: _PARMELEY Jason_      Reg. No.: _13231-045_

Inmate Signature: (illegible)           Date: _1/8/20_

Notice of rights given to inmate(Date/time): _1/8/20 746 AM_

by: _J. Wigman / DW._
         Staff Printed Name/Signature

(This form may be replicated via WP)        Replaces BP-S293(52) of JAN 88.

PDF            Prescribed by P5270           1

BP-A0294      **Notice of Discipline Hearing Before the (DHO)** CDFRM
AUG 11

U.S. DEPARTMENT OF JUSTICE                 FEDERAL BUREAU OF PRISONS

GRE
Institution

1/8/20
Date

TO: PARMELEY, Jason          REG. NO.: 13231-045

ALLEGED VIOLATION(S): Poss. of Narcotics

DATE OF OFFENSE: 1/5/2020          CODE NO.: 113

You are being referred to the DHO for the above charge(s).

The hearing will be held on: Next available to docket (A.M./P.M.) at the following location:
SHU.

You are entitled to have a full-time staff member represent you at the hearing.  Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) _✓_ wish to have a staff representative.

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety.  Names of witnesses you wish to call should be listed below.  Briefly state to what each proposed witness would be able to testify.

I (do) _✓_ (do not) _____ wish to have witnesses.

NAME: BURNS, Jacob      CAN TESTIFY TO: That the item found does not belong to Parmeley.

NAME:          CAN TESTIFY TO:

NAME:          CAN TESTIFY TO:

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s).  Repetitive witnesses and repetitive character references need not be called.  Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form.  Date, sign, and return this form to the DHO.

DATE: 1/8/20      SIGNATURE: (X)

Notice of hearing before DHO given inmate _____ 746PM by _____ J. Wenmay / pw
                                 Date/Time          Staff Printed Name/Signature

*(This form may be replicated via WP)*          *Replaces BP-294(52) of JAN 88*

PDF          Prescribed by P5270

## DHO WITNESS STATEMENT (INMATE)

NAME: Jacob Burns     REG. NO. 22688-026   DATE: 2-5-20

STATEMENT:

On 1-5-20 staff conducted a random Cell search of Cell 241 in housing Unit 1A. The officer found a small small square that tested positive for Opium Alkaloids + Buphrenorphine under a small home made Candle that was was Mine. Mr Parmley did not know anything about it.

SIGNATURE: _____     REG. NO. 22688-026



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Institution*

---

*Greenville, IL 62246*
January 5, 2020

MEMORANDUM FOR      LT. SCHMITT, OPERATIONS LIEUTENANT

FROM:                          P. Burggraf
                                     UA Specialist

SUBJECT:                     NIK Drug Testing
                                     Inmate: PARMELEY, Jason, Reg. No. 18231-045
                                     Inmate: BURNS, Jacob, Reg. No, 22688-026

On January 5, 2020, at approximately, 8:05P.M., I received contraband belonging to inmate Burns, Jacob, Reg. No. 22688-026. The contraband consisted of one (1) individual piece of yellowish small square piece of paper with markings on the edges.     The paper square was ¼ x ¼ inch square. The unidentified substance was too small to register a weight.
        I tested a small piece of the paper using the Narcotics Identification Kit test A, U and K. A small piece of the paper was cut and placed into the test kit A pouch. The liquid remained clear and the strip turned a purple color resulting in a positive test for opium alkaloids. Based on the flow chart the next step was followed with test kit U.     A small piece of the paper was cut and placed into the test kit U pouch. The ampules were broken left to right, agitating 30 seconds each, turning the liquid to a maroon color which is negative for methamphetamine. Based on the flow chart the next step was followed with the test kit K. A small piece of the paper was cut and placed into the test kit K pouch. The strip immediately turned a purple color.     This is indicative of a positive result for Buprenorphine. A photograph of the unidentified substance is attached to the incident report.     After testing there was nothing left to process for evidence.




# Federal Correctional Institution Greenville, IL
## Photo Sheet

| Date: | Time of photograph: | Institution: | Location |
|---|---|---|---|
| 1-5-2020 | 8:08 P.M. | FCI Greenville | IL |

| Inmates Name: | | Register Numbers: | |
|---|---|---|---|
| BURNS, Jacob | | 22688-026 | |
| PARMELEY, Jason | | 18231-045 | |

| Photo Taken By: P. Burggraf | Location of Photo: Lieutenants Office |
|---|---|

**Description:** Yellowish small square piece of paper with markings on the edges was ¼ x ¼ inch square. Unidentified substance of the paper tested positive using the NIK Test Kits "A" (opium alkaloids), "U" (methamphetamine), and "K" (buprenorphine).  Item was too small to register weight.



*SENSITIVE - LIMITED OFFICIAL USE*



# Federal Correctional Institution Greenville, IL
### Photo Sheet



| Date: | Time of photograph: | Institution: | Location |
|---|---|---|---|
| 1-5-2020 | 8:08 P.M. | FCI Greenville | IL |

| Inmates Name: | | Register Numbers: | |
|---|---|---|---|
| BURNS, Jacob | | 22688-026 | |
| PARMELEY, Jason | | 18231-045 | |

| Photo Taken By:  P. Burggraf | Location of Photo:  Lieutenants Office |
|---|---|

**Description:** NIK test Kit "A" results




*SENSITIVE - LIMITED OFFICIAL USE*



# Federal Correctional Institution Greenville, IL
## Photo Sheet



| Date: | Time of photograph: | Institution: | Location |
|---|---|---|---|
| 1-5-2020 | 8:08 P.M. | FCI Greenville | IL |

| Inmates Name: | | Register Numbers: | |
|---|---|---|---|
| BURNS, Jacob | | 22688-026 | |
| PARMELEY, Jason | | 18231-045 | |

| Photo Taken By:  P. Burggraf | Location of Photo:  Lieutenants Office |
|---|---|

**Description:** NIK test Kit "U" results





*SENSITIVE - LIMITED OFFICIAL USE*



# Federal Correctional Institution Greenville, IL
## Photo Sheet



| Date: | Time of photograph: | Institution: | Location |
|---|---|---|---|
| 1-5-2020 | 8:08 P.M. | FCI Greenville | IL |

| Inmates Name: | | Register Numbers: | |
|---|---|---|---|
| BURNS, Jacob | | 22688-026 | |
| PARMELEY, Jason | | 18231-045 | |

| Photo Taken By:  P. Burggraf | Location of Photo:  Lieutenants Office |
|---|---|

**Description:**  NIK test Kit "K" results




*SENSITIVE - LIMITED OFFICIAL USE*

```
  GREG6  535.03 *                   INMATE PROFILE            *        01-08-2020
PAGE 001                                                               07:51:34
            13231-045               REG
REGNO: 13231-045              FUNCTION: PRT DOB/AGE.: ███████ / 46
NAME.: PARMELEY, JASON J                       R/S/ETH.: W/M/O     ████ █
RSP..: GRE-GREENVILLE FCI                       MILEAGE.: 66 MILES
PHONE: 618-664-6200      FAX: 618-664-6372
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     FBI NO..: 96507MA1
 PROJ REL DATE..: 12-26-2027                    INS NO..: N/A
 PAR ELIG DATE..: N/A                           SSN.....: ████████
 PAR HEAR DATE..:                PSYCH: NO      DETAINER: NO        CMC..: YES
OFFN/CHG RMKS: 16 CR 670 : FELON IN POSSESSION OF FIREARM
OFFN/CHG RMKS: CBOP 66 MTHS/SRT 3 YRS
      FACL CATEGORY  - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
      GRE  ADM-REL    A-DES    DESIGNATED, AT ASSIGNED FACIL 11-18-2019 1241
      GRE  CARE LEVEL CARE1-MH CARE1-MENTAL HEALTH           02-07-2018 0946
      GRE  CARE LEVEL CARE2    STABLE, CHRONIC CARE          07-02-2018 0831
      GRE  COR COUNSL H1-A     K. NEUDECK, FTS 734-6200 X1179 11-18-2019 1241
      GRE  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO      01-12-2018 0842
      GRE  CASE MGT   CFSR     CERT FOOD SINCERITY REMOVAL   09-15-2019 1256
      GRE  CASE MGT   DEPEND Y DEPENDENTS UNDER 21 - YES     01-12-2018 0842
      GRE  CASE MGT   PHOTO ID N PHOTO ID - NO               01-12-2018 0842
      GRE  CASE MGT   RPP NEEDS RELEASE PREP PGM NEEDS       02-23-2025 1146
      GRE  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO   07-22-2018 1205
      GRE  CASE MGT   VET P/S N PARENT/SPOUSE VETERAN - NO   01-12-2018 0842
      GRE  CASE MGT   VETERAN N VETERAN - NO                 01-12-2018 0842
      GRE  CASE MGT   VWP AUTO VICTIM/WITNESS PGM AUTO UPDATE 06-20-2017 0645
      GRE  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 07-06-2017 0951
      GRE  CASE MGT   V94 PD5  V94 PAST DRG-NO NOTIF HSED 5TH 07-22-2018 1147
   ███████████████████████████████████████████████████████████
      GRE  CORR SVCS  PRI NEG  PRIOR ACT DRG TST-NEGATIVE    01-23-2004 0835
      GRE  CORR SVCS  RAN NEG  RANDOM DRG TST-NEGATIVE       03-29-2004 1900
      GRE  CORR SVCS  SUS NEG  SUSPECT DRG TST-NEGATIVE      08-06-2002 2134
      GRE  CASEWORKER H1-A     T. MATHIAS, FTS 734-6200, X1143 11-18-2019 1241
      GRE  CUSTODY    IN       IN CUSTODY                    06-19-2017 0819
      GRE  DRUG PGMS  DAP SCREEN DRUG ABUSE PROGRAM SCREENING 07-05-2018 1604
      GRE  DRUG PGMS  ED INCOM R DRUG EDUCATION INCOMPLETE-REQ 12-07-2018 1606
      GRE  DRUG PGMS  NR FAIL  NRES DRUG TMT/FAIL            03-21-2018 1032
      GRE  DESIG/SENT FILS YES FILS-FULLY COMPLIED W/JUD REC 06-20-2017 1255
      GRE  DESIG/SENT ROMEO    TEAM ROMEO                    07-20-2016 1225
      GRE  EDUC INFO  ESL HAS  ENGLISH PROFICIENT            11-20-2000 0717
      GRE  EDUC INFO  GED HAS  COMPLETED GED OR HS DIPLOMA   06-29-2001 0827
      GRE  FIN RESP   PART     FINANC RESP-PARTICIPATES      02-20-2019 0839
      GRE  FIRST STEP FTC ELIG FTC-ELIGIBLE - REVIEWED       11-25-2019 1322
      GRE  FIRST STEP R-HI     HIGH RISK RECIDIVISM LEVEL    11-25-2019 1111
      GRE  LEVEL      MEDIUM   SECURITY CLASSIFICATION MEDIUM 09-19-2019 1212
      GRE  MED DY ST  HGT RESTR NO LADDERS/NO UPPER BUNK     03-26-2019 0934
      GRE  MED DY ST  LOWER BUNK LOWER BUNK REQUIRED         10-11-2018 0623
      GRE  MED DY ST  NO DRIVING NO DRIVING-MEDICAL CONDITION 03-26-2019 0935
      GRE  MED DY ST  NO PAPER NO PAPER MEDICAL RECORD       07-02-2018 0831
      GRE  MED DY ST  OTHER    OTHER MEDICAL RESTRICTION     08-01-2019 1126
      GRE  MED DY ST  REG DUTY W REGULAR DUTY W/MED RESTRICTION 03-26-2019 0936

G0017      WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002      MORE PAGES TO FOLLOW . . .
```

```
  GREG6  535.03 *              INMATE PROFILE          *      01-08-2020
PAGE 002 OF 002                                              07:51:34
          13231-045                   REG
REGNO: 13231-045               FUNCTION: PRT DOB/AGE.: ████████/ 46
NAME.: PARMELEY, JASON J                  R/S/ETH.: W/M/O    WALSH: NO
RSP..: GRE-GREENVILLE FCI                 MILEAGE.: 66 MILES
PHONE: 618-664-6200    FAX: 618-664-6372
  FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
  GRE  MED DY ST YES F/S    CLEARED FOR FOOD SERVICE       12-18-2017 1029
  GRE  PGM REVIEW JUN        JUNE PROGRAM REVIEW           06-04-2020 0926
  GRE  QUARTERS  A03-241U   HOUSE A/RANGE 03/BED 241U      11-27-2019 0948
  GRE  RELIGION  JEWISH      JEWISH                        07-02-2019 1331
  GRE  UNIT      H1          R. ROBINSON, ████████         11-18-2019 1241
  GRE  WAITNG LST COMP I A&O COMPLETED INST A&O            12-09-2019 1347
  GRE  WRK DETAIL UNASSG     UNASSIGNED WRK DETAIL         12-09-2019 1353




G0017     WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

```
  GREG6          *        INMATE DISCIPLINE DATA          *      01-08-2020
PAGE 001         *    CHRONOLOGICAL DISCIPLINARY RECORD    *      07:44:29

REGISTER NO: 13231-045 NAME..: PARMELEY, JASON J
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 01-08-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3272391 - SANCTIONED INCIDENT DATE/TIME: 06-26-2019 0946
UDC HEARING DATE/TIME: 07-03-2019 1335
FACL/UDC/CHAIRPERSON.: TEX/WEST/R. BYRAM
REPORT REMARKS.......: SANCTIONED FOR 312 INSOLENCE TO STAFF
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 30 DAYS / CS
                    FROM: 07-03-2019  THRU: 08-01-2019
         COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3193064 - SANCTIONED INCIDENT DATE/TIME: 11-16-2018 1930
DHO HEARING DATE/TIME: 11-21-2018 0815              DHO REPT DEL: 11-21-2018 1101
FACL/CHAIRPERSON.....: TEX/N. CAIRNS
APPEAL CASE NUMBER(S): 963274
REPORT REMARKS.......: ADMITS TO THE CHARGE. CODE 324
   324  GAMBLING - FREQ: 3
         DIS GCT    / 14 DAYS / CS
         COMP:030 LAW:P   PER PLRA GUIDELINES
         DS         / 15 DAYS / CS / SUSPENDED 15 DAYS
         COMP:    LAW:    TO ALLOW TIME TO CORRECT THE BEHAVIOR
         LP VISIT   / 30 DAYS / CS
                    FROM: 11-21-2018  THRU: 12-20-2018
         COMP:    LAW:    FOR THE MISCONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3186690 - SANCTIONED INCIDENT DATE/TIME: 10-30-2018 1400
UDC HEARING DATE/TIME: 11-06-2018 1440
FACL/UDC/CHAIRPERSON.: TEX/WEST/J WARREN
REPORT REMARKS.......: I/M HAD 74 WHOLE PAGES OF GAMBLING SLIPS TWO PER PAGE IN
                       HIS CELL.
   326  POSSESSING GAMBL PARAPHERNALIA - FREQ: 1
         LP PHONE   / 60 DAYS / CS
                    FROM: 11-06-2018  THRU: 01-04-2019
         COMP:    LAW:    UDC SANCTIONED TO 60 DAYS LOSS OF PHONE.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3185787 - SANCTIONED INCIDENT DATE/TIME: 10-28-2018 1605
UDC HEARING DATE/TIME: 10-31-2018 1530
FACL/UDC/CHAIRPERSON.: TEX/WEST/J WARREN
REPORT REMARKS.......: I/M HAD GAMBLING SLIPS IN HIS LOCKER IN A FOLDER WITH
                       HIS NAME ON THE OUTSIDE OF FOLDER.
   324  GAMBLING - FREQ: 1
         LP COMM    / 30 DAYS / CS
                    FROM: 10-31-2018  THRU: 11-29-2018
         COMP:    LAW:    UDC SANCTIONED TO 30 DAYS LOSS OF COMMISSARY.




  G0002        MORE PAGES TO FOLLOW . . .
```

```
   GREG6          *         INMATE DISCIPLINE DATA            *      01-08-2020
   PAGE 002        *      CHRONOLOGICAL DISCIPLINARY RECORD    *      07:44:29

REGISTER NO: 13231-045 NAME..: PARMELEY, JASON J
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 01-08-2020

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3160883 - SANCTIONED INCIDENT DATE/TIME: 08-21-2018 1020
DHO HEARING DATE/TIME: 08-24-2018 1425              DHO REPT DEL: 08-25-2018 1425
FACL/CHAIRPERSON.....: TEX/N. CAIRNS
REPORT REMARKS.......: CHARGED WITH A CODE 226. STATED THAT HE WAS GOING TO
                       HAVE A BIRTHDAY PARTY
   226 POSSESSING STOLEN PROPERTY - FREQ: 1
        DIS GCT     / 27 DAYS / CS
        COMP:030 LAW:P  PLRA GUIDELINES
        DS          / 30 DAYS / CS / SUSPENDED 30 DAYS
        COMP:    LAW:   TO ALLOW TIME TO CORRECT THE BEHAVIOR
        LP COMM     / 30 DAYS / CS
                    FROM: 08-24-2018  THRU: 09-22-2018
        COMP:    LAW:   FOR THE MISCONDUCT
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2758276 - SANCTIONED INCIDENT DATE/TIME: 09-06-2015 2145
UDC HEARING DATE/TIME: 09-15-2015 1915
FACL/UDC/CHAIRPERSON.: SDC/C-PRE/C.CASTILLO
REPORT REMARKS.......: SUSPENDED PENDING CLEAR CONDUCT FOR 6 MOS
   306 REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM     / 14 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:   LOSS OF COMM FOR 14 DAYS SUSPENDED PENDING CLEAR C
                       ONDUCT
   307 REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE    / 14 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:   LOSS OF PHONE FOR 14 DAYS SUSPENDED PENDING CLEAR
                       CONDUCT
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1683283 - SANCTIONED INCIDENT DATE/TIME: 12-27-2007 1339
UDC HEARING DATE/TIME: 01-07-2008 1335
FACL/UDC/CHAIRPERSON.: ATW/2B/J.REYES
REPORT REMARKS.......: I/M WAIVED HIS RIGHT TO APPEAR BEFORE THE UDC.
   397 PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE    / 30 DAYS / CS
        COMP:    LAW:   START 1-8-08 END 2-6-08
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1660379 - SANCTIONED INCIDENT DATE/TIME: 10-26-2007 1840
UDC HEARING DATE/TIME: 10-30-2007 1140
FACL/UDC/CHAIRPERSON.: ATW/2B/JH/AZC
REPORT REMARKS.......: I/M WAIVED UDC.  HE UNDERSTOOD HIS RIGHTS
   317 FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP COMM     / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:



   G0002      MORE PAGES TO FOLLOW . . .
```

```
   GREG6          *        INMATE DISCIPLINE DATA          *     01-08-2020
 PAGE 003          *    CHRONOLOGICAL DISCIPLINARY RECORD    *     07:44:29

 REGISTER NO: 13231-045 NAME..: PARMELEY, JASON J
 FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 01-08-2020

 -------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1605855 - SANCTIONED INCIDENT DATE/TIME: 06-03-2007 1015
 DHO HEARING DATE/TIME: 06-06-2007 1010
 FACL/CHAIRPERSON.....: LVN/LACY
 REPORT REMARKS.......: ADMITTED GUILT
     222  POSSESSING INTOXICANTS - FREQ: 2
          DIS GCT    / 27 DAYS / CS
          COMP:020 LAW:P
          DS         / 30 DAYS / CS
          COMP:      LAW:
          LP COMM    / 90 DAYS / CS
          COMP:      LAW:
          LP PHONE   / 90 DAYS / CS
          COMP:      LAW:
 -------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1596414 - SANCTIONED INCIDENT DATE/TIME: 05-07-2007 1145
 DHO HEARING DATE/TIME: 05-10-2007 0915
 FACL/CHAIRPERSON.....: LVN/LACY
 REPORT REMARKS.......: ADMITTED GUILT TO THE CHARGE
     222  POSSESSING INTOXICANTS - FREQ: 1
          DIS GCT    / 14 DAYS / CS
          COMP:020 LAW:P
          DS         / 15 DAYS / CS
          COMP:      LAW:
          LP COMM    / 45 DAYS / CS
          COMP:      LAW:
          LP PHONE   / 45 DAYS / CS
          COMP:      LAW:
 -------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 1134453 - SANCTIONED INCIDENT DATE/TIME: 08-18-2003 1830
 DHO HEARING DATE/TIME: 09-09-2003 1221
 FACL/CHAIRPERSON.....: BMP/SHEFFER R
 REPORT REMARKS.......: INMATE ADMITTED POSSESSING A WEAPON
     104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 40 DAYS / CS
          COMP:010 LAW:P  PLRA INMATE
          DS         / 60 DAYS / CS
          COMP:      LAW:   60 DAYS DISCIPLINARY SEGREGATION
          TRANSFER   / CS
          COMP:      LAW:   RECOMMEND DISCIPLINARY TRANSFER




 G0002      MORE PAGES TO FOLLOW . . .
```

```
  GREG6           *        INMATE DISCIPLINE DATA            *      01-08-2020
PAGE 004          *     CHRONOLOGICAL DISCIPLINARY RECORD     *      07:44:29

REGISTER NO: 13231-045 NAME..: PARMELEY, JASON J
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-08-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1091426 - SANCTIONED INCIDENT DATE/TIME: 04-01-2003 1805
DHO HEARING DATE/TIME: 04-17-2003 0918
FACL/CHAIRPERSON.....: BMP/SHEFFER R
REPORT REMARKS.......: INMATE ADMITTED BEING INVOLVED IN A SERIOUS ASSAULT, BUT
                       STATED HE DID NOT USE ANY WEAPONS
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IF3 RFP: D
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P   PLRA INMATE
        DS         / 45 DAYS / CS
        COMP:    LAW:    45 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 180 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:    132 DAYS LOSS OF COMMISSARY SUSPENDED BY DHO ON
                        6-4-03
        LP VISIT   / 180 DAYS / CS
        COMP:    LAW:    LOSE VISITING FROM 4-17-03 TO 10-14-03
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1042831 - SANCTIONED INCIDENT DATE/TIME: 10-30-2002 0820
UDC HEARING DATE/TIME: 11-01-2002 1235
FACL/UDC/CHAIRPERSON.: BEC/3-GEN POP/C. METZGER
REPORT REMARKS.......: INMATE STATES THE REPORT IS TRUE AS WRITTEN, ADDS THAT
                       HE HAD RECEIVED BAD NEWS FROM HOME AND GOT STRESSED OUT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:    LOSS OF COMM PRIV FOR 120 DAYS, CONSECUTIVE TO ANY
                        CURRENT SAME SANCTION
        LP VISIT   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:    LOSS OF VISITS FOR 90 DAYS, CONSECUTIVE TO ANY
                        CURRENT SAME SANCTION *SUSP PEND 180 DAYS CLR COND
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1010418 - SANCTIONED INCIDENT DATE/TIME: 07-16-2002 2010
DHO HEARING DATE/TIME: 09-25-2002 1040
FACL/CHAIRPERSON.....: BEC/KILGORE
REPORT REMARKS.......: HE WAS CAUGHT SHARPENEING A METAL ROD & ADMITTED HE WAS
                       MAKING A SHANK BECAUSE HE WAS ANTICIPATING TROUBLE.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P
        DS         / 60 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:    IN EFFECT THROUGH MARCH 24, 2003.




  G0002       MORE PAGES TO FOLLOW . . .
```

```
   GREG6          *        INMATE DISCIPLINE DATA          *      01-08-2020
   PAGE 005        *     CHRONOLOGICAL DISCIPLINARY RECORD   *      07:44:29

REGISTER NO: 13231-045 NAME..: PARMELEY, JASON J
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 01-08-2020

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1024783 - SANCTIONED INCIDENT DATE/TIME: 08-30-2002 1635
DHO HEARING DATE/TIME: 09-17-2002 1125
FACL/CHAIRPERSON.....: BEC/KILGORE
REPORT REMARKS.......: HE ADMITTED CURSING THE OFFICER BUT DENIED THREATENING
                       HIM.CODE 312 DISMISSED.
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 10 DAYS / CS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1012743 - SANCTIONED INCIDENT DATE/TIME: 07-24-2002 1330
DHO HEARING DATE/TIME: 08-27-2002 1150
FACL/CHAIRPERSON.....: BEC/KILGORE
REPORT REMARKS.......: HE NOW ADMITS DAMAGING HIS CELL'S DURESS ALARM BUTTON.
                       INITALLY HE DENIED IT AND HIS CELLY TOOK THE BLAME.
   218  DESTROYING PROP OVER $100 - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 958194 - SANCTIONED  INCIDENT DATE/TIME: 01-21-2002 1655
DHO HEARING DATE/TIME: 02-04-2002 0850
FACL/CHAIRPERSON.....: LEX/TYNDALL CW
REPORT REMARKS.......: INMATE ADMITTED TO THE USE OF DRUGS
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: ???
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:   LAW:   PRD 03-05-2002
        LP VISIT   / 365 DAYS / CS
        COMP:   LAW:   LOSS OF VISITING IN EFFECT UNTIL 02-03-2003
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 957000 - SANCTIONED  INCIDENT DATE/TIME: 01-21-2002 1410
UDC HEARING DATE/TIME: 01-23-2002 0920
FACL/UDC/CHAIRPERSON.: LEX/TODD/G.KINDRED
REPORT REMARKS.......: COMMISSARY RESTRICTION
   331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
        LP COMM    / 45 DAYS / CS
        COMP:   LAW:   45 DAYS COMMISSARY RESTRICTION.




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   GREG6        *        INMATE DISCIPLINE DATA          *      01-08-2020
PAGE 006 OF 006 *   CHRONOLOGICAL DISCIPLINARY RECORD    *      07:44:29

REGISTER NO: 13231-045 NAME..: PARMELEY, JASON J
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-08-2020

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 956917 - SANCTIONED  INCIDENT DATE/TIME: 01-21-2002 1024
UDC HEARING DATE/TIME: 01-23-2002 0918
FACL/UDC/CHAIRPERSON.: LEX/TODD/G.KINDRED
REPORT REMARKS.......: 24 HOURS EXTRA DUTY.
      307  REFUSING TO OBEY AN ORDER - FREQ: 1
           EXTRA DUTY / 12 HOURS / CS
           COMP:    LAW:    12 HOURS EXTRA DUTY TO BE PERFORMED ON MARY TODD
                            UNIT.
      320  FAILING TO STAND COUNT - FREQ: 1
           EXTRA DUTY / 12 HOURS / CS
           COMP:    LAW:    12 HOURS EXTRA DUTY TO BE PERFORMED ON MARY TODD
                            UNIT
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  GREG6          *       INMATE DISCIPLINE DATA         *      01-08-2020
PAGE 001 OF 001 *    SANCTIONS AVAILABLE TO EXECUTE     *      07:52:01


REGISTER NO: │13231-045│  NAME..: PARMELEY,  JASON
                        STILL EXECUTABLE AS OF: │01-06-2020│ (NEW INCIDENT DATE)


REPORT       HEARING                                                    DAYS
NUMBER      DATE     TIME TOH ACT                        SANCTION       SUSP
-------  -------------- --- ---                          --------       ----
```

```
G5487       NO EXECUTABLE SANCTIONS EXIST AS OF THE ABOVE DATE
```

```
  GREG6  542*22 *          SENTENCE MONITORING        *     01-08-2020
PAGE 001 OF 001 *            GOOD TIME DATA           *     07:52:20
                             AS OF  01-08-2020

REGNO...: 13231-045   NAME: PARMELEY, JASON J
ARS 1...: GRE A-DES                              PLRA
COMPUTATION NUMBER..: 030                  PRT   ACT DT:
LAST UPDATED: DATE.: 01-07-2020      FACL..: DSC   CALC: AUTOMATIC
UNIT................: H1              QUARTERS............: A03-241U
DATE COMP BEGINS....: 05-04-2017      COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 614             TOTAL INOP TIME.....: 0
CURRENT REL DT......: 07-06-2029 FRI  EXPIRES FULL TERM DT: 12-28-2029
PROJ SATISFACT DT...: 12-26-2027 SUN  PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                 ACTUAL SATISF METHOD:
DAYS REMAINING......:                 FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                 DEPORT ORDER DATED..:

------------------------GOOD CONDUCT TIME AMOUNTS------------------------

    START       STOP     MAX POSSIBLE TO     ACTUAL TOTALS    VESTED   VESTED
    DATE        DATE     DIS  FFT          DIS    FFT         AMOUNT   DATE
  08-28-2015  08-27-2016   54   54
  08-28-2016  08-27-2017   54  108
  08-28-2017  08-27-2018   54  135           27
  08-28-2018  08-27-2019   54  175           14
  08-28-2019  08-27-2020   54
  08-28-2020  08-27-2021   54
  08-28-2021  08-27-2022   54
  08-28-2022  08-27-2023   54
  08-28-2023  08-27-2024   54
  08-28-2024  08-27-2025   54
  08-28-2025  08-27-2026   54
  08-28-2026  08-27-2027   54
  08-28-2027  08-27-2028   54
  08-28-2028  08-27-2029   54
  08-28-2029  12-28-2029   18


      TOTAL EARNED AMOUNT.........................................:      175
      TOTAL EARNED AND PROJECTED AMOUNT...........................:      733



G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU PRISONS**

| | |
|---|---|
| Institution: **FCI Greenville** | Incident Report number: **3349059** |
| NAME OF INMATE: **Parmeley, Jason** | REG. NO.: **13231-045**   UNIT: **H1A** |
| Date of Incident Report: **1-5-2020** | Offense Code: **113** |
| Date of Incident: **1-5-2020** | |

Summary of Charges: **Possession of any narcotics, marijuana, drugs, alcohol, intoxicants, or related paraphernalia, not prescribed for the individual by the medical staff.**

**I.    NOTICE OF CHARGE(S)**

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on (date) **1-6-2020** at (time) **2039** (by staff member) **Lt. Phillips.**

B. The DHO Hearing was held on (date) **2-5-2020** at (time) **1104.**

C. The inmate was advised of the rights before the DHO by (staff member): **Case Manager Wiegman** on (date) **1-8-2020** and copy of the advisement of rights form is attached.

**II.   STAFF REPRESENTATIVE**

A. Inmate waived right to staff representative. Yes __**X**__ No_____.

B. Inmate requested staff representative and __**N/A**__ appeared.

C. Staff Representative statement: **N/A**

D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: (New Staff Representative Name)___**N/A**___ was selected.

E. Staff representative ___**N/A**___ was appointed.

**III.  PRESENTATION OF EVIDENCE**

A. Inmate _____(admits) __**X**__ (denies) _____(neither) the charge(s).

B. Summary of inmate statement: **It was not mine.**

C. Witnesses:
1. Inmate waived right to witness. Yes_____ No__**X**__

2. The following persons were called as witness at this hearing and appeared (Each witness name and statement listed below): **N/A**

3. The following persons requested were not called for the reason(s) given (Each witness name and statement listed below): **N/A**

4. Unavailable witnesses were requested to submit written statements and those statements received were considered (Each witness name and statement listed below): **Burns 22688-026: On 1-5-2020, staff conducted a random cell search of cell 241 in housing unit 1A.  The Officer found a small square that tested positive for opium alkaloids and buprenorphine under a small homemade candle that was mine.  Mr. Parmeley did not know anything about it.**

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents: **All evidence used by the DHO is listed in Section V.**

E. Confidential information used by DHO in support of his findings, but was not revealed to the inmate.  The confidential information was documented in a separate report.  The confidential information has been (confidential informants have been) determined to be reliable because: __**N/A**__ .

**IV.   FINDINGS OF THE DHO**

__**X**__ A. The act was committed as charged.        _____ C. No prohibited act was committed: Expunge according to Inmate Discipline PS.

_____ B. The following act was committed:

_____.

**V.    SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS** (Physical evidence, observations, written documents, etc.):
**The inmate's due process rights were reviewed by the DHO, during the hearing.  The inmate stated he understood his rights and did not submit documentary evidence.  It is noted that during the Unit**

**1**

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU PRISONS**

| Name of Inmate: **Parmeley, Jason** | Reg. No.: **13231-045** | Hearing Date: **2-5-2020** |

Discipline Committee Hearing, you requested inmate Burns 22688-026 as a witness; however, agreed to accept a written statement in lieu of their presence at the DHO hearing. He confirmed he did request one witness, but did not request a staff representative during the DHO hearing.

As stated in the Incident Report. On 1/5/2020, at approximately 6: 10 PM, I, Officer W. May conducted a random cell search of cell 241 which houses inmates Burns, Jacob #22688-026 and Parmeley, Jason #18231-045. While conducting the search I came across a homemade candle on top of the shelf above the sink. I lifted the candle and found a yellowish small square piece of paper with marking around the edges. The yellowish small square was sent to the Lieutenants office for testing. The square was tested with the NIK test kit A, resulting in a positive test for opium alkaloids (purple color). Then proceeded to NIK test kit U, resulting in a negative test for methamphetamine, (burgundy color). Then concluded with NIK test kit K, resulting in a positive test for Buprenorphine HCI (purple color). A photograph of the unidentified small square paper substance is attached to the incident report. Operation Lieutenant and SIS was notified.

The DHO considered your statement during the Investigating, "It was not mine."

The DHO considered your statement during the UDC, "It is not mine."

The DHO considered your statement as documented in Section III.B.

The DHO considered the written statement by your witness as documented in Section III. C. 4.

The DHO considered the memorandum by Officer Burggraf. On January 5, 2020, at approximately, 8:05P.M., I received contraband belonging to inmate Burns, Jacob, Reg. No. 22688-026. The contraband consisted of one (1) individual piece of yellowish small square piece of paper with markings on the edges. The paper square was 4 x 4 inch square. The unidentified substance was too small to register a weight. I tested a small piece of the paper using the Narcotics Identification Kit test A, U and K. A small piece of the paper was cut and placed into the test kit A pouch. The liquid remained clear and the strip turned a purple color resulting in a positive test for opium alkaloids. Based on the flow chart the next step was followed with test kit U. A small piece of the paper was cut and placed into the test kit U pouch. The ampules were broken left to right, agitating 30 seconds each, turning the liquid to a maroon color which is negative for methamphetamine. Based on the flow chart the next step was followed with the test kit K. A small piece of the paper was cut and placed into the test kit K pouch. The strip immediately turned a purple color. This is indicative of a positive result for Buprenorphine. A photograph of the unidentified substance is attached to the incident report. After testing there was nothing left to process for evidence.

The DHO considered the photographs provided for the incident. The photographs depict a small piece of paper, a Nik test kit A with what appears to be a positive result, a Nik test kit you with what appears to be a negative result, and a Nik test kit K with what appears to be a positive result.

In deciding this case, the DHO considered your denial of the charge; however, while staff conducted a cell search of your and your cellmate's cell they discovered a homemade candle on top of the shelf above the sink. Upon inspecting the homemade candle they discovered a small piece of paper with markings around the edges. Staff tested this small piece of paper with the NIK testing kits and it was positive for Buprenorphine. The DHO considered the written statement by your witness. Although your cellmate testified that the drugs belonged to him, the drugs were found in a common area of the cell. All inmates assigned to the cell are responsible for ensuring their cell is free of contraband. When items are found in common areas, all inmates are held accountable. Statements from other inmates are found credible when there is corroborating evidence in conjunction with the admission. In this case, there was no corroborating evidence to support the admission of your cellmate. The DHO advised you and your cellmate both had access to the drug. By possessing buprenorphine you have met the elements of Code 113. Therefore, greater weight was given to the reporting officer's report and the evidence provided.

The greater weight of the evidence supports that you were in possession of any drugs, based upon the reporting officers documented report, supporting memorandum, photographs, and the greater weight of evidence; all shows you committed the prohibited act. Consequently, the DHO finds that you committed the prohibited act of Possession of any drugs not prescribed for the individual by the medical staff, Code 113.

**DISCIPLINE HEARING OFFICER REPORT**

BP-A0304
JAN 17

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU PRISONS**

| Name of Inmate: **Parmeley, Jason** | Reg. No.: **13231-045** | Hearing Date: **2-5-2020** |

VI.    SANCTION OR ACTION TAKEN (List each prohibited act with respective sanctions for that act):
**Code 113:**
**41 Days Disallowance of Good Conduct Time**
**90 Days Commissary Restriction**
**90 Days Telephone Restriction**
**90 Days Email Restriction**

VII.    REASON FOR EACH SANCTION OR ACTION TAKEN:
**The possession of illegal drugs or drugs that are not prescribed to you, is against Federal Law and has historically been a factor in producing inmate behavior which seriously disrupts the security and orderly operation of the institution.  Such behavior cannot be tolerated as it jeopardizes the safety of staff and inmates.  The sanctions imposed by the DHO were taken to express the gravity of the infraction and let the inmate know that he, and he alone, will be held responsible for his actions at all times. Although not directly related to the infraction, privileges were taken to deter the inmate from this behavior in the future.**

VIII. APPEAL RIGHTS:   **X**   The inmate has been advised of the findings, specific evidence relied on action and reasons for the action.  The inmate has been advised of the right to appeal this action within 20 calendar days under the Administrative Remedy Procedure.  A copy of this report has been given to the inmate.

IX.    Discipline Hearing Officer

| Printed Name | Signature | Date |
| **M. Puckett** | | **4-3-2020** |

DHO report delivered to Inmate by:

**A. Wills**
Printed Name (Staff)         Signature:              Date and Time: **7-16-2020**

Prescribed by P5270                    Replaces BP-A0304 of AUG 11